Sean Reis (SBN 184044)
sreis@edelson.com
Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
T: (714) 352-5200
F: (714) 352-5201

JAY EDELSON (jedelson@edelson.com)
MICHAEL J. ASCHENBRENER
(maschenbrener@edelson.com)
BENJAMIN H. RICHMAN (brichman@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorney for Plaintiff*,
STUART RESMER, on behalf of himself and
all others similarly situated

**THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEWART RESMER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, INC., a California corporation, and SNAPNAMES.COM, INC., an Oregon Corporation,<br><br>Defendants. | CASE NO. CV 09-08497 MMM (VBKx)<br><br>**NOTICE OF APPEARANCE**<br><br>Judge Margaret M. Morrow<br>Filed: Nov. 18, 2009 |

Notice of Appearance
Case No. CV 09-08497 MMM (VBKx)

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Plaintiff Stuart Resmer, individually and on behalf of all others similarly situated, in this matter. I certify that I am admitted to practice in this court. My address and telephone number are set forth below.

    /s/ Sean Reis
Sean Reis

Sean Reis (SBN 184044)
sreis@edelson.com
Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA  92688
T:  (714) 352-5200
F:  (714) 352-5201

Notice of Appearance
Case No. CV 09-08497 MMM (VBKx)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2010, I electronically filed the forgoing *Notice of Appearance* with the Clerk of the Clerk using the CM/ECF system. Notice of this filing is sent to the following parties by operation of the Court' electronic filing system. Parties may access this filing through the Court's system.

By: /s/ Sean Reis
Sean Reis