SEAN REIS (sreis@edelson.com)
EDELSON MCGUIRE, LLP
7700 Irvine Drive, Suite 800
Irvine, California 92618
Telephone: (714) 352-5200
Facsimile: (714) 352-5201

JAY EDELSON (jedelson@edelson.com)
MICHAEL J. ASCHENBRENER (maschenbrener@edelson.com)
BENJAMIN H. RICHMAN (brichman@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART RESMER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, INC., a California corporation, and SNAPNAMES.COM, INC., an Oregon Corporation,<br><br>Defendants. | Case No. CV 09-08497 MMM (VBKx)<br><br>**DECLARATION OF BENJAMIN H. RICHMAN**<br><br>Judge Margaret M. Morrow<br><br>Action Filed: Nov. 18, 2009 |

Pursuant to 28 U.S.C. § 1746, I, Benjamin H. Richman, hereby declare and state as follows:

1. I am over the age of eighteen and am fully competent to make this declaration. I make this declaration based upon personal knowledge unless otherwise indicated.

2. I am an attorney at the law firm of Edelson McGuire, LLC ("Plaintiff's counsel"), which has been retained to represent the named Plaintiff in this matter, Stewart Resmer.

3. Throughout my firm's investigation of this matter, we have spoken with and been contacted by numerous putative class members who purchased domain names at prices that were inflated by several hundreds of dollars on a per auction basis.

4. In one particular instance, I spoke with a putative class member who received correspondence from Defendants indicating that he overpaid more than $200 for a single domain name as a result of the shill bidding alleged in Plaintiff's Complaint.

5. Plaintiff's counsel have not spoken with any potential class member who overpaid less than $20 for a single domain name affected by the conduct alleged in Plaintiff's Complaint.

6. I declare under penalty of perjury that foregoing is true and correct.

Dated: February 8, 2010

      /s/ Benjamin H. Richman
      BENJAMIN H. RICHMAN

| | |
|---|---|
| 1 | JAY EDELSON (jedelson@edelson.com) |
| 2 | MICHAEL J. ASCHENBRENER (maschenbrener@edelson.com) |
|   | BENJAMIN H. RICHMAN (brichman@edelson.com) |
| 3 | EDELSON MCGUIRE, LLC |
|   | 350 North LaSalle Street, Suite 1300 |
| 4 | Chicago, Illinois 60654 |
| 5 | Telephone: (312) 589-6370 |
|   | Facsimile: (312) 589-6378 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |