SEAN REIS (sreis@edelson.com)
EDELSON MCGUIRE, LLP
7700 Irvine Drive, Suite 800
Irvine, California 92618
Telephone: (714) 352-5200
Facsimile: (714) 352-5201

JAY EDELSON (jedelson@edelson.com)
MICHAEL J. ASCHENBRENER (maschenbrener@edelson.com)
BENJAMIN H. RICHMAN (brichman@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiff*

WILLIAM A. DELGADO (wdelgado@willenken.com)
EILEEN M. AHERN (eahern@willenken.com)
WILLENKEN WILSON LOH & LIEB LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-8025
Facsimile: (213) 955-9250

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART RESMER, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEE.NET, INC., a California corporation, and SNAPNAMES.COM, INC., an Oregon Corporation,<br><br>Defendants. | Case No. CV 09-08497 MMM (VBKx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO STAY DEADLINES PENDING COURT'S RULING ON ORDER TO SHOW CAUSE**<br><br>Judge Margaret M. Morrow<br><br>Action Filed: Nov. 18, 2009 |

The Court, having considered the Parties Stipulated Request to Stay Deadlines Pending Court's Ruling on Order to Show Cause, and being otherwise duly advised in the premises, hereby ORDERS as follows:

1. The Parties' stipulated request to stay (i) Plaintiff's obligation to move for class certification; (ii) briefing on Plaintiff's motion for class certification should he be required to file one; (iii) briefing on Defendants' pending motion to dismiss; (iv) the Parties' obligations to provide Rule 26(a)(1) disclosures; and, (v) the Parties' obligations to conduct a Rule 26(f) conference pending settlement discussions and a determination as to whether the Court may properly exercise jurisdiction over this matter is hereby GRANTED.

2. These deadlines shall be reset by order of the Court in the event that this matter is not dismissed for lack of subject jurisdiction.

**IT IS SO ORDERED.**

Dated this _____ day of _____, 2010

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE