SEAN REIS (sreis@edelson.com)
EDELSON MCGUIRE, LLP
7700 Irvine Drive, Suite 800
Irvine, California 92618
Telephone:  (714) 352-5200
Facsimile:  (714) 352-5201

JAY EDELSON (jedelson@edelson.com)
MICHAEL J. ASCHENBRENER (maschenbrener@edelson.com)
BENJAMIN H. RICHMAN (brichman@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys for Plaintiff and the putative class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEWART RESMER, an individual, on behalf of himself and all others similarly situated, | Case No. CV 09-08497 MMM (VBKx) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| v. | |
| OVERSEE.NET, INC., a California corporation, and SNAPNAMES.COM, INC., an Oregon Corporation, | Hon. Margaret M. Morrow |
| Defendants. | Action Filed:  Nov. 18, 2009 |

NOTICE OF VOLUNTARY DISMISSAL
Case No.  CV 09-08497 MMM (VBKx)

**PLEASE TAKE NOTICE** that Plaintiff STEWART RESMER ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants Oversee.net, Inc. and SnapNames.com, Inc.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1)** *By the Plaintiff.*

**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\*        \*        \*

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated:  February 25, 2010                EDELSON MCGUIRE, LLC


By:  /s/ Benjamin H. Richman
     BENJAMIN H. RICHMAN
     One of the Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL                                                    2
Case No.  CV 09-08497 MMM (VBKx)

# CERTIFICATE OF SERVICE

I, Benjamin H. Richman, an attorney, certify that on February 25, 2010, I served the above and foregoing ***Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)***, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this the 25th day of February, 2010.

William A. Delgado
Eileen M. Ahern
Willenken Wilson Loh & Lieb LLP
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
wdelgado@willenken.com
eahern@willenken.com

　　　　　　/s/ Benjamin H. Richman　　　　　
　　　　　　　　Benjamin H. Richman